# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDERSON DWAYNE GREGG, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE PATRICK, et al., )<br>)<br>Respondents. ) | Civil Action No. 06-926<br><br>Judge Fischer<br>Magistrate Judge Caiazza |

## MEMORANDUM ORDER

Anderson Dwayne Gregg's Petition for Writ of Habeas Corpus was received by the Clerk of Court on July 13, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 12, 2007, recommended that the Amended Petition for Writ of Habeas Corpus filed by Petitioner Gregg be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Gregg filed objections on January 2, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this _11th_ day of January, 2008,

IT IS HEREBY ORDERED that the Amended Petition for Writ of

Habeas Corpus filed by Anderson Dwayne Gregg is dismissed, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 17), dated December 12, 2007, is adopted as the opinion of the court.

*Nora Barry Fisher*
Nora Barry Fisher
United States District Court Judge

cc:
ANDERSON DWAYNE GREGG
GB-5695
P.O. Box 1000
Houtzdale, PA 16698-1000